RECEIVED

NOV 1 8 2008

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 3:08-cr-00078-JAJ-TJS |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHAD MICHAEL LEE WELSH, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY (NO PLEA AGREEMENT)

The United States of America and the defendant, having both filed a written consent to conduct of the plea proceedings by a magistrate judge, appeared before me pursuant to Fed. R. Crim. P. 11 and LCrR 11.  The defendant entered a plea of guilty to Counts 1 and 2 of the Indictment charging him with receiving and distributing child pornography (Count 1), and possessing child pornography (Count 2), in violation of 18 U.S.C. §§ 2252(a)(2) and 2252(a)(4)(B).  After advising and questioning the defendant under oath concerning each of the subjects addressed in Rule 11(b)(1), I determined that the guilty plea was in its entirety voluntarily, knowingly and intelligently made and did not result from force, threats, or promises.  I further determined that there is a factual basis for the guilty plea on each of the essential elements of the offense in question.  There is no plea agreement.

I recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.   A presentence report has been ordered and a sentencing status conference scheduled.

_____
UNITED STATES MAGISTRATE JUDGE

_____11/18/08_____
DATE

## NOTICE

Failure by a party to file written objections to this Report and Recommendation within ten (10) days from the date of its service will result in waiver by that party of the right to make objections to the Report and Recommendation.   28 U.S.C. § 636(b)(1)(B).  The Report and Recommendation was served this date by delivery of a copy thereof to counsel for the government and defendant in open court.